IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Justine Osoro Mochama, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-CV-09182-KHV-GEB |
| | ) |
| United States of America, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF EVIE SASSOK

I, Evie Sassok, hereby declare the following:

1. I am the Assistant Director for the Logistics management Services, Facilities and Administrative Services Staff (FASS) of the Justice Management Division (JMD), United States Department of Justice. I make this declaration based upon my personal knowledge upon information available to me in my official capacity and about which I have become knowledgeable.

2. The JMD is the management component of the Department of Justice. Among other responsibilities, JMD manages the Department's main headquarters mail room. Since January 2015, one of my responsibilities has been to oversee the operations of the Department's Mail Processing Center (MPC) and Mail Referral Unit (MRU) both located in Landover, MD. This includes the MRU staff responsible for opening and referring any summonses and complaints that are served on the Attorney General of the United States. All summonses and complaints that are served on the Attorney General arrive at the Department's mail facility and are processed by the Mail Referral Unit located in Landover, MD.

**ATTACHMENT A**

3. My staff has searched JMD records and found that we received two packages related to Case No. 15-9182-KHV.

4. Both packages were received via FedEx on February 16, 2016 from Matthew L. Hoppock, 10985 Cody Street, Suite 130, Overland Park, KS 66210. The FedEx tracking numbers for the packages are 775652157941 and 775647476730. Both packages were referred to the Civil Division within the Department of Justice on February 26, 2016 for further processing.

I declare under penalty of perjury that the foregoing statement is true to the best of my knowledge and belief.

Dated this 3rd day of March, 2016.

_____
Evie Sassok