# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTINE OSORO MOCHAMA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil No. 15-9182-KHV-GEB |

## NOTICE OF IMPENDING REMOVAL

　　The United States of America, by and through the undersigned counsel, respectfully submits this Notice informing the Court that the Department of Homeland Security has represented to the undersigned that the Plaintiff, Justine Osoro Mochama, is scheduled to be removed from the United States of America in the near future. A final order of removal, as defined by 8 C.F.R. § 241.1, was issued by the Board of Immigration Appeals on March 19, 2013, and is not subject to further review in this proceeding. 8 U.S.C. §1252(g). The Plaintiff and the Department of Homeland Security, United States Immigration and Customs Enforcement, by stipulated agreement, stayed Plaintiff's removal during the pendency of *Justine Mochama, v. Timothy Zwetow, et al.*, Case No. 14-2121-KHV in the United States District Court. The stay terminated on February 28, 2017, when Judgment was entered and Case No. 14-2121-KHV was dismissed.

　　　　　　　　　　　　　　　　　　THOMAS E. BEALL
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　***s/ Brian D. Sheern***
　　　　　　　　　　　　　　　　　BRIAN D. SHEERN, #21479
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　1200 Epic Center, 301 N. Main
　　　　　　　　　　　　　　　　　Wichita, KS 67202
　　　　　　　　　　　　　　　　　(316) 269-6481
　　　　　　　　　　　　　　　　　(316) 269-6484 (FAX)
　　　　　　　　　　　　　　　　　Brian.Sheern@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on March 1, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Matthew L. Hoppock, matthew@hoppocklawfirm.com
Attorney for Plaintiff

*s/ Brian D. Sheern*
BRIAN D. SHEERN
Assistant U.S. Attorney