Civil Action No. 2:15-cv-09182-KHV-GEB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney General Jefferson Sessions
was received by me on *(date)* 2/28/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On March 3, 2017 I sent a copy of the Summons and Complaint via certified mail to the US Attorney General with tracking number: 70143490000088974561

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/14/2017

*Server's signature*

Matthew L. Hoppock
*Printed name and title*

10985 Cody Street Suite 130
Overland Park, KS 66210

*Server's address*

Additional information regarding attempted service, etc: