UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTINE OSORO MOCHAMA,

           Plaintiff,

v.                               Case No. 15-9182-KHV-GEB

UNITED STATES OF AMERICA,

           Defendant.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action brought by plaintiff Justine Osoro Mochama against defendant United States of America is hereby dismissed with prejudice, with each party to bear their own costs.

s/Brian D. Sheern
BRIAN D. SHEERN
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, KS   67202
Tele:   316-269-6481
Fax:   316-269-6484
Ks S.Ct.No. 21479
Brian.Sheern@usdoj.gov
*Attorney for Defendant USA*

s/Matthew Hoppock
Matthew L. Hoppock
10985 Cody Street Suite 130
Overland Park, KS 66210
Tel: 913-267-5511
Fax: 913-562-9555
matthew@hoppocklawfirm.com
*Attorney for Plaintiff*